JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER JAMES McLAUGHRY,<br><br>    Defendant. | CASE NO. CR 06-114 RSM<br><br>ORDER |

This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the trial date and pre-trial motions cutoff date. Defendant Christopher James McLaughry indicated his knowing, voluntary, and intelligent waiver of his rights to a speedy trial by executing a written waiver of his right to a speedy trial through March 5, 2007.

In view of the parties' agreement to continue the trial date and pre-trial motion cutoff date, for the reasons stated in their stipulation, the defendants' knowing, voluntary, and intelligent waiver or anticipated waiver of his right to a speedy trial, the parties' desire to continue to engage in plea discussions, the complexity of the case, and the interest of the public in ensuring the accused adequate, effective, and continued representation by counsel presently assigned, this Court finds that the ends of justice served by granting a continuance outweighs the best interest of the public and the defendant in a speedy trial.

ORDER — 1
*United States v. Christopher Jason McLaughry,* Case No. CR 06-114 RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  The parties motion for continuance is GRANTED.  Trial is reset for <u>February 26,</u>
2  2007, and all pre-trial motions shall be served on or before <u>January 12, 2007</u>.  The time
3  from the filing of the stipulated motion through the new trial date shall be excludable
4  under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A).

6  Dated this _4_ day of December  2006.

  *[signature]*
  RICARDO S. MARTINEZ
  UNITED STATES DISTRICT JUDGE

11  Presented by:

12  *s/ John J. Lulejian*
  JOHN J. LULEJIAN
13  Assistant United States Attorney
  United States Attorney's Office
14  700 Union Street, Suite 5220
  Seattle, Washington 98101-1270
15  Telephone:  (206) 553-7970
  Facsimile:   (206) 553-4440
16  E-mail: John.Lulejian@usdoj.gov

ORDER  — 2
*United States v. Christopher Jason McLaughry,* Case No. CR 06-114 RSM

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970